IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA
*ex rel.* NADRA LEE WOODS                              PLAINTIFF

   V.                 Civil No. 03-3086

NORTH ARKANSAS REGIONAL MEDICAL
CENTER and DR. HELEN H. KIM                            DEFENDANTS

## **AMENDED ORDER**

The text-only order entered on December 13, 2005, is hereby amended to reflect that Brian Vandiver is substituted as counsel for defendant Helen Kim only. Defendant North Arkansas Regional Medical Center is represented by separate counsel.

IT IS SO ORDERED this 14th day of December 2005.


                                      /S/JIMM LARRY HENDREN
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE