```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

**UNITED STATES OF AMERICA**
**ex rel. NADRA LEE WOODS**                                    PLAINTIFF

   **v.**                    No. 03-3086

**NORTH ARKANSAS REGIONAL**
**MEDICAL CENTER and**
**DR. HELEN H. KIM**                                           DEFENDANTS


### O R D E R

Now on this 12th day of October, 2006, comes on to be considered the defendants' **Petitions for Attorney's Fees and Costs (Docs. 70, 74).** Defense counsel has advised the Court that this matter has been resolved. Accordingly, the petitions are **DENIED** as moot.

   **IT IS SO ORDERED.**


                                          **/S/JIMM LARRY HENDREN**
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE